IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL MARTIN                                                                                           PLAINTIFF

vs.                                              CASE NO. 05-2014

HARRY SMITH, GEORGE SOUTHERLAND,
J.R. HANKINS, and MAJOR ED WOLFE                                                       DEFENDANTS

## ANSWER

COMES NOW Separate Defendants Arkansas State Troopers Harry Smith, George Summerlin (incorrectly named George Southerland), and Capt. J.R. Hankins, and Arkansas State Highway Patrol Major Ed Wolfe, by and through their counsel, Attorney General Mike Beebe and Assistant Attorney General Scott P. Richardson, and for their Answer to Plaintiff's Complaint filed herein, states:

1. Separate Defendants Smith, Summerlin, Hankins, and Wolfe denies the allegations contained in Plaintiff's Complaint, as stated, except for jurisdiction and venue.

2. Separate Defendants reserve the right to plead further, or amend their Answer if necessary following the completion of discovery.

3. Defendants affirmatively states, pursuant to Fed. R. Civ. P. 12(b)(6), that Plaintiff has failed to state any claims upon which relief may be granted.

4. Defendants affirmatively states that they have not taken any action in violation of Plaintiff's Constitutional rights.

5. Plaintiff's claims against Defendants are barred by the Eleventh Amendment.

6. Defendants are entitled to qualified immunity in that, at all times, they acted in good faith toward Plaintiff.

7.Defendants are immune from suit pursuant to Arkansas Code Annotated § 5-28-215 in that, at all times, they acted in good faith toward Plaintiff.

8.Plaintiff's claims against Defendant are barred by the doctrines of absolute immunity, sovereign immunity, waiver, and mootness of any requested injunctive relief.

9.Plaintiff has failed to allege facts upon which relief may be granted.

10.This case should be dismissed for plaintiff's failure to comply with Federal Rule of Civil Procedure 19.

WHEREFORE, Separate Defendants Arkansas State Trooper Harry Smith, George Summerlin (incorrectly named George Southerland), and Capt. J.R. Hankins, and Arkansas State Highway Patrol Major Ed Wolfe request that Plaintiff's Complaint be dismissed and that they be granted all other relief to which they are justly entitled.

Respectfully submitted,

MIKE BEEBE
Attorney General


BY: /s/ Scott P. Richardson
SCOTT P. RICHARDSON, Bar No. 01208
Assistant Attorney General
323 Center Street, Suite 1100
Little Rock, AR  72201-2610
(501) 682-8206 direct
(501) 682-2591 facsimile
Email: scott.richardson@arkansasag.gov
ATTORNEYS FOR DEFENDANTS HARRY SMITH,
GEORGE SUMMERLIN, CAPT. J.R. HANKINS, AND
MAJOR ED WOLFE

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

I hereby certificate that on September 14, 2005, I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. Daniel J. Martin
1602 Riverpoint Road
Clarksville, AR  72830-7312


/s/ Scott P. Richardson
SCOTT P. RICHARDSON