IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL J. MARTIN                                                    PLAINTIFF

v.                         Case No. 05-2014

HARRY SMITH, GEORGE SOUTHERLAND,
J.R. HANKINS, and MAJOR ED WOLFE                                    DEFENDANTS

and

DANIEL J. MARTIN                                                    PLAINTIFF

v.                         Case No. 05-2015

WESLEY KENDRICK, and
BRIAN SYFERT                                                        DEFENDANTS

**ORDER**

Currently before the Court is the **Motion for Summary Judgment (Doc. 18)** which was filed by separate defendants Ed Wolfe and J.R. Hankins in the above referenced case. The Court notes the Federal Rules of Civil Procedure contemplates a response to such a motion. Although a response to the motion has not been filed within the time required by the Federal Rules of Civil Procedure, the Court will allow the plaintiff fifteen (15) days from the date of this Order within which to file a response.

**IT IS SO ORDERED** this 23d day of December 2005.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE