IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL J. MARTIN                                              PLAINTIFF

      v.      Civil No. 05-2014

HARRY SMITH, et al.                                          DEFENDANTS

**O R D E R**

NOW on this 13th day of June, 2006, the above referenced matter comes on for this Court's consideration. The plaintiff Daniel J. Martin appeared pro se. The separate defendants Harry Smith, Brian Syfert, and George Summerlin appeared in person, and through counsel, Scott Richardson. The separate defendant Wesley Kendrick appeared in person, and through counsel, Jason Owens. The Court, being well and sufficiently advised, finds and orders that the trial of this matter be continued at this time. The Court finds that the plaintiff, who expressed a request to arrange for representation by an attorney, will be allowed **ten (10) days** from the date of this Order within which to secure counsel. If an entry of appearance by counsel is made on plaintiff's behalf within the allowed ten (10) days, the Court will reschedule the trial of this matter. If an entry of appearance by counsel is not made on plaintiff's behalf within the allowed ten (10) days, the Court will consider other options, but will likely dismiss this matter as the plaintiff appears unable to proceed pro se.

IT IS SO ORDERED.

                        /s/ Jimm Larry Hendren
                        JIMM LARRY HENDREN
                        UNITED STATES DISTRICT JUDGE