IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL J. MARTIN                                                                   PLAINTIFF

        v.             Civil No. 05-2014

HARRY SMITH, et al.                                                 DEFENDANTS

**ORDER TO SHOW CAUSE**

NOW on this 7th day of July, 2006, the above referenced matter comes on for this Court's consideration. On June 13, 2006, this Court entered its Order (document #13) allowing the plaintiff, having requested representation by an attorney, ten (10) days within which to secure counsel. The allowed ten (10) day time period has expired and it appears to the Court that the plaintiff has not hired counsel. Thus, the Court now orders the plaintiff to show cause within the next **ten (10) days** why this matter should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

                                                                 /s/ Jimm Larry Hendren
                                                                  JIMM LARRY HENDREN
                                                                  UNITED STATES DISTRICT JUDGE